No. **CR-09 00719 RMW** RS

**FILED**

2009 JUL 15 P 1:31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

*SEALED BY ORDER OF THE COURT*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### *SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA
### *vs.*
## GREGORY ALEXANDER

# INDICTMENT

**COUNTS ONE-THIRTY-FOUR:**  18 U.S.C. § 1030(a)(2)(C) - Computer Intrusion

**COUNT THIRTY-FIVE:**  18 U.S.C. § 1028(A)(a)(1) and 1030(c)(2)(B)(ii)- Aggravated Identity Theft

*A true bill.*

_____
*Foreperson*

Filed in open court this 15ᵃ day of July

A.D. 2009

_____
*United States Magistrate Judge*

Bail. $ No Bail



DOCUMENT NO.   CSA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING



JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2009 JUL 15 P 1:31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           ) CR-09 00719
                                    ) No.
    Plaintiff,                      )
                                    ) VIOLATIONS: 18 U.S.C. § 1030(a)(2)(C)
    v.                              ) and (c)(2)(B)(ii)-Intentionally Accessing a
                                    ) Computer Without Authorization; 18 U.S.C.
GREGORY ALEXANDER,                  ) § 1028(A)(a)(1)-Aggravated Identity Theft
                                    )
    Defendant.                      ) SAN JOSE VENUE
                                    )
_____)

INDICTMENT

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.   The United States Chess Federation (USCF), headquartered in Crossville, Tennessee, was a not-for-profit membership organization founded in 1939 for chess players and chess supporters consisting of over 80,000 members and 2,000 affiliated chess clubs and organizations.

2.   Yahoo! (Yahoo) was an Electronic Communications Service Provider providing electronic mail ("e-mail") and other services to the public in the United States and abroad, and its

e-mail computers and servers for the yahoo.com domain were located in Sunnyvale, California. Yahoo's e-mail accounts required the entry of the account holder's username and password before access to the account was granted.

3. Randall Hough (Hough) was a resident of Alhambra, California and a member of the USCF's Board of Directors. Hough was the subscriber of the e-mail account: randallhough@yahoo.com provided by Yahoo. Hough did not authorize anyone to access his Yahoo e-mail account.

4. Gregory Alexander (ALEXANDER) was a resident of Everett, Washington, and worked in the Internet Technology offices of the University of Washington. ALEXANDER also served as a volunteer web developer who maintained and moderated the Chess Discussion Forum on the website known as chessdiscussion.com

COUNT ONE THROUGH THIRTY-FOUR:         (18 U.S.C. 1030(a)(2)(C) and (c)(2)(B)(ii) - Intentionally Accessing A Computer Without Authorization)

6. The factual allegations in paragraphs 1 through 4 are re-alleged and incorporated herein as if set forth in full.

7. On or about the dates set forth below, in the Northern District of California,

GREGORY ALEXANDER

intentionally and without authorization accessed a protected computer, to wit: the e-mail server operated by Yahoo administering the e-mail account randallhough@yahoo.com, by means of interstate communications, and thereby obtained information from said protected computer, on the dates and times as set forth below:

| Count | Date/Time of Unauthorized Access |
|---|---|
| 1 | Tue 23:49:44 (PST) 24-Jun-2008 |
| 2 | Mon 00:17:27 (PST) 23-Jun-2008 |
| 3 | Sat 00:54:31 (PST) 21-Jun-2008 |
| 4 | Mon 07:52:46 (GMT) 02-Jun-2008 |

| | | |
|---|---|---|
| 1 | 5 | Thu 06:53:44 (GMT) 29-May-2008 |
| 2 | 6 | Sat 06:52:13 (GMT) 19-Apr-2008 |
| 3 | 7 | Thu 06:56:55 (GMT) 18-Apr-2008 |
| 4 | 8 | Wed 06:34:24 (GMT) 16-Apr-2008 |
| 5 | 9 | Tue 00:43:49 (PST) 15-Apr-2008 |
| 6 | 10 | Mon 07:22:59 (GMT) 14-Apr-2008 |
| 7 | 11 | Sun 08:14:05 (GMT) 13-Apr-2008 |
| 8 | 12 | Sat 08:22:24 (GMT) 12-Apr-2008 |
| 9 | 13 | Fri 00:35:02 (PST) 11-Apr-2008 |
| 10 | 14 | Thu 01:28:50 (PST) 10-Apr-2008 |
| 11 | 15 | Fri 22:33:14 (PST) 10-Apr-2008 |
| 12 | 16 | Wed 08:49:09 (GMT) 12-Mar-2008 |
| 13 | 17 | Sun 11:02:28 (GMT) 09-Mar-2008 |
| 14 | 18 | Sat 09:06:32 (GMT) 08-Mar-2008 |
| 15 | 19 | Wed 08:02:06 (GMT) 05-Mar-2008 |
| 16 | 20 | Tue 08:33:27 (GMT) 04-Mar-2008 |
| 17 | 21 | Sun 08:53:12 (GMT) 02-Mar-2008 |
| 18 | 22 | Sat 08:50:33 (GMT) 01-Mar-2008 |
| 19 | 23 | Tue 09:24:49 (GMT) 26-Feb-2008 |
| 20 | 24 | Sun 09:38:17 (GMT) 17-Feb-2008 |
| 21 | 25 | Sun 09:30:06 (GMT) 17-Feb-2008 |
| 22 | 26 | Sun 08:54:02 (GMT) 20-Jan-2008 |
| 23 | 27 | Fri 07:59:00 (GMT) 18-Jan-2008 |

| | |
|---|---|
| 28 | Thu 06:49:03 (GMT) 17-Jan-2008 |
| 29 | Wed 09:34:00 (GMT) 02-Jan-2008 |
| 30 | Sat 00:42:07 (PST) 01-Dec-2007 |
| 31 | Fri 23:57:25 (PST) 29-Nov-2007 |
| 32 | Wed 08:04:02 (GMT) 28-Nov-2007 |
| 33 | Tue 08:03:31 (GMT) 27-Nov-2007 |
| 34 | Mon 09:00:49 (GMT) 26-Nov-2007 |

All in violation of 18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(B)(ii).

COUNT THIRTY-FIVE:   (18 U.S.C. § 1028A(a)(1)--Aggravated Identity Theft)

8. The factual allegations in paragraphs 1 through 4 are re-alleged and incorporated herein as if set forth in full.

9. On or about November 2007 and continuing through on or about August 2008, in the Northern District of California,

GREGORY ALEXANDER

did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the username and password used to access information on a computer, during and in relation to an offense under 18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(B)(ii), namely, felony fraud

//
//
//
//
//
//
//
//

1 | in connection with computers, said offense being a felony enumerated in 18 U.S.C. §
2 | 1028A(a)(1).

3 | DATED: 07/15/09                                   A TRUE BILL.

                                                    _____
                                                    FOREPERSON

7 | JOSEPH P. RUSSONIELLO
    United States Attorney

    _____
    MATTHEW A. PARRELLA
    Chief, Computer Hacking and Intellectual Property Unit

13 | (Approved as to form: _____)
                          AUSA RICHARD CHENG

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
2009 JUL 15 P 1:31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## OFFENSE CHARGED

Counts 1-34: 18 U.S.C. § 1030(a)(2)(C) - Computer Intrusion
Count 35: 18 U.S.C. § 1028(A)(a)(1) and 1030(c)(2)(B)(ii) - Aggravated Identity Theft

SEALED BY ORDER OF THE COURT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Counts 1-34 - 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment fee
Count 35 - 2 year term of imprisonment to be imposed consecutively to any other term of imprisonment

DEFENDANT - U.S.
▶ GREGORY ALEXANDER
DISTRICT COURT NUMBER
CR-09 00719 RS
RMW

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Kyle Haynes - U.S. Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM: **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): AUSA RICHARD CHENG

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: