1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CSBN 163973)
    Chief, Criminal Division

4   RICHARD C. CHENG (CSBN 135992)
    Assistant U. S. Attorney

5
        150 Almaden Boulevard, 9th Floor
6       San Jose, California 95113
        Telephone: (408) 535-5032
7       Fax: (408) 535-5066
        e-mail: richard.cheng@usdoj.gov

8

9   Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )     Criminal Case No. CR 09-00719-MHP
                                       )
        Plaintiff,                     )
15                                     )
                                       )     STIPULATION OF PARTIES
16                                     )     FOR CONTINUANCE OF
        v.                             )     STATUS HEARING
                                       )     AND [PROPOSED] ORDER
17  GREGORY ALEXANDER,                 )
                                       )     San Francisco Venue
18      Defendant.                     )
    _____)

19

20          With the agreement of the parties, and with the consent of the defendant Gregory

21  Alexander, the Court enters this order (1) vacating the first status hearing for the defendant

22  Gregory Alexander, currently set for August 24, 2009 at 10:00 a.m.; and (2) setting a new status

23  hearing for the defendant Gregory Alexander for September 14, 2009 at 10:00 a.m..  The parties

24  agree, and the Court finds and holds, as follows:

25          1.      The defendant Gregory Alexander was indicted for multiple counts of unauthorized

26                  access of a protected computer and aggravated identity theft on July 15, 2009.

27                  Mr. Alexander was represented by retained counsel Seth Chazin, and entered not

28                  guilty pleas before Magistrate Trumbull in San Jose, California on July 17, 2009.

On that same day, Mr. Alexander was released on a personal appearance bond of $100,000 secured by the signatures of two financially responsible adults.  He was thereafter instructed to appear before Judge Whyte in San Jose on August 24, 2009 at 9:00 a.m. for a status hearing.

2.    On July 28, 2009, Magistrate Trumbull issued an order appointing the Federal Public Defender to represent Mr. Alexander.  AFPD Lara Vinnard was assigned to represent Mr. Alexander. ,

3.    On July 31, 2009, a Notice of Related Case was filed by AFPD Vinnard, relating the instant criminal case to an on-going civil matter CV-08-05126-MHP. The United States did not oppose the request to relate the criminal matter.

4.    On August 11, 2009, this Court issued an order relating the criminal case.  On that same date a notice of substitution of counsel was filed designating AFPD Elizabeth Falk as assigned counsel to Mr. Alexander.

5.    On August 11, 2009, pursuant to the Order Relating Case, Judge Whyte and Judge Magistrate Seeborg was no longer assigned to the criminal matter and all dates were previously set were ordered vacated.

6.     On August 19, 2009, the parties were notified by e-mail that the previously set date of August 24, 2009 for status hearing was reset for the same date before this Court.

7.    Newly assigned defense counsel, AFPD Falk has been in telephone contact with assigned AUSA Richard Cheng.  The United States is in the process of providing the first set of discovery materials to defense counsel, however it has not been completed as of the date of the filing of this document.  The United States anticipates that discovery will be available in electronic and documentary form during the week of August 24, 2009.

8.    In light of the fact that defense counsel has not obtained discovery prior to the status hearing date of August 24, 2009, a brief continuance of the first status hearing date  is requested by both parties.

9. Further, counsel for the United States, will be unavailable and out of the District during the week of August 24 through August 23, 2009.

10. The parties, including defendant Gregory Alexander agree to a waiver of time for the purposes of the Speedy Trial Act and agree that the period of time between August 24, 2009 through September 14, 2009 may be excluded in light of the need for additional time for adequate defense preparation.

SO STIPULATED.                                    JOSEPH P. RUSSONIELLO
                                                  United States Attorney

DATED: _____                                 _____
                                                  RICHARD C. CHENG
                                                  Assistant U.S. Attorney

DATED: _____                                 _____
                                                  ELIZABETH FALK
                                                  Assistant Federal Public Defender
                                                  Attorney for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

17   UNITED STATES OF AMERICA,          )          Criminal Case No. CR 09-cr-00719-MHP
                                        )
18                      Plaintiff,      )
                                        )          [PROPOSED] ORDER
19                                      )
                v.                      )
20                                      )
       GREGORY ALEXANDER,               )
21                                      )
                       Defendant.       )
22   _____)

23          For the reasons stated in the parties Stipulation To Continue Sentencing, and for good cause

24   shown, the Court vacates the August 24, 2009 status hearing date with respect to the defendant

25   Gregory Alexander, and sets a new status hearing date of September 14, at 10:00 a.m.

26          Further, based upon the representation of counsel and for good cause shown, the Court

27   finds that failing to exclude the time between August 24, 2009 and September 14, 2009 would

28   unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between August 24, 2009 and September 14, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between August 24, 2009 and September 14, 2009 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  8/21/2009

HON.                              PATEL



IT IS SO ORDERED

Judge Marilyn H. Patel