1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  RICHARD C. CHENG  (135992)
   Assistant United States Attorney
5     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
6     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
7     E-Mail: richard.cheng@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE  DIVISION
12

13
   UNITED STATES OF AMERICA,          )      No. CR-09-00719-MHP
14                                     )
            Plaintiff,                 )
15                                     )      [PROPOSED] ORDER EXCLUDING
         v.                            )      TIME FROM NOVEMBER 16, 2009 TO
16                                     )      JANUARY 25, 2010
   GREGORY ALEXANDER,                  )
17                                     )
            Defendant.                 )
18  _____)

19
        The defendant, GREGORY ALEXANDER, represented by Elizabeth Falk, Assistant Federal
20
   Public Defender, and the government, represented by Richard C. Cheng, Assistant United States
21
   Attorney, appeared before the Court on Monday, November 16, 2009 for a status hearing.  The
22
   Defense represented that they are planning to file at least two sets of
23
   non-dispositive motions regarding the legality of the charge of Aggravated Identity Theft and the
24
   potential suppression of evidence seized from the residence of the defendant for lack of
25
   compliance with computer search protocols pursuant to United States v. Comprehensive Drug
26
   Testing, 579 F.3d 989 (9th Cir. 2009) .  Defense counsel requested a continuance of the matter for
27
   adequate defense preparation and continuity of counsel, and for hearing of the motions to be
28
   filed

ORDER EXLUDING TIME
Case No. CR - 09-00719 MHP

1  no later than January 25, 2009..

2        The matter was continued to March 10, 2010 at 2:30 p.m. for hearing on motion and for

3  trial setting.  Counsel for the defendant requested that time be excluded under the Speedy Trial

4  Act between November 16, 2009  and January 25, 2010 to allow adequate time for defense

5  preparation and filing of motions.   The Government stated it had no objection to excluding time.

6        Based upon the representation of counsel and for good cause shown, the Court finds that

7  failing to exclude the time between November 16, 2009 and January 25, 2010 would

8  unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable

9  time necessary for effective preparation, taking into account the exercise of due diligence.  18

10  U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding

11  the time between November 16, 2009 and January 25, 2010 from computation under the Speedy

12  Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore,

13  IT IS HEREBY ORDERED that the time between November 16, 2009 and January 25, 2010

14  shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and

15  (B)(iv).

16

17

18  DATED: __11/17/09_____



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel

19

20

21

22

23

24

25

26

27

28

ORDER EXLUDING TIME
Case No. CR - 09-00719 MHP                    -2-