**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for UNITED STATES OF
AMERICA CHESS FEDERATION, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. CR-09-719-MHP |
| Plaintiff, | ~~(Related to~~ CV-09-80288-MISC-MHP) |
| v. | **JOINT STIPULATION TO RE-NOTICE NOVEMBER 30, 2009 HEARING; [PROPOSED] ORDER** |
| **GREGORY ALEXANDER**, | DATE:      December 7, 2009 |
| Defendant. | TIME:      2:00 p.m. |
| | CTRM:    15, 18th Floor |
| | JUDGE:    The Hon. Marilyn H. Patel |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

CR-09-719-MHP

JOINT STIP. TO RE-NOTICE NOVEMBER 30, 2009 HEARING; [PROP.] ORDER

1   Third Party United States of America Chess Federation, Inc. and Defendant

2   Gregory Alexander (collectively, the "Parties"), by and through their respective counsel,

3   hereby stipulate as follows:

4   1)   WHEREAS, the hearings on Defendant Gregory Alexander's Motion for

5   Injunctive Relief and Order Preventing Secret Service from Responding to Rule 45

6   Subpoena/Motion to Quash and Defendant Gregory Alexander's Motion to Quash Rule

7   45 Third Party Deposition Subpoena are currently set for November 30, 2009 at 2:00

8   pm;

9   2)   NOW THEREFORE, THE PARTIES AGREE AND STIPULATE that the

10   hearings on Defendant Gregory Alexander's Motion for Injunctive Relief and Order

11   Preventing Secret Service from Responding to Rule 45 Subpoena/Motion to Quash and

12   Defendant Gregory Alexander's Motion to Quash Rule 45 Third Party Deposition

13   Subpoena, currently set for November 30, 2009 at 2:00 pm, are hereby re-noticed to

14   December 7, 2009 at 2:00 pm, or such other date and time that is convenient for the

15   Court.

16

17   Dated:  November 24, 2009          KRONENBERGER BURGOYNE, LLP

18

19

20   By:   /s/ Karl S. Kronenberger
              Karl S. Kronenberger

21   Attorneys for UNITED STATES OF
22   AMERICA CHESS FEDERATION, INC.

23   Dated:  November 24, 2009          ASSISTANT FEDERAL PUBLIC DEFENDER

24

25

26   By:   /s/ Elizabeth M. Falk
              Elizabeth M. Falk

27   Attorneys for Defendant ALEXANDER

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

**IT IS SO ORDERED:**

Dated: November _30_, 2009

IT IS SO ORDERED

_Judge Marilyn H. Patel_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDGE

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

2   **JOINT STIP. TO RE-NOTICE NOVEMBER 30, 2009 HEARING; [PROP.] ORDER**