BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY ALEXANDER,<br><br>    Defendant.<br>_____ | No. CR 09-719 MHP<br><br>STIPULATION and [PROPOSED]<br>ORDER TO WITHDRAW REQUEST<br>FOR REFERRAL TO MAGISTRATE<br>JUDGE FOR A SETTLEMENT<br>CONFERENCE<br><br>Date: January 22, 2010<br>Court: The Honorable Marilyn Hall Patel |

Undersigned counsel stipulate to withdraw the request for a settlement conference at this time.

IT IS SO STIPULATED.

DATED:   January 22, 2010          _____/S/_____
                                    ELIZABETH M. FALK
                                    Assistant Federal Public Defender


DATED:   January 22, 2010          _____/S/_____
                                    RICHARD CHENG
                                    Assistant United States Attorney

I hereby attest that I have on file all holographic signatures indicated by a "conformed"

*Alexander*, CR 09-719 MHP;
STIP: Withdraw Settlement Conference

1 | signature (/S/) within this efiled document.

**[PROPOSED] ORDER**

6 | IT IS SO ORDERED AND ACKNOWLEDGED

8 | DATED: 1/25/2010   _____

THE HONORABLE
UNITED STATES

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

*Alexander*, CR 09-719 MHP;
STIP: Withdraw Settlement Conference            2