MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: michelle.kane3@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00719 MHP |
|    Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME FROM |
| ) | JANUARY 31, 2011, TO APRIL 25, 2011. |
| GREGORY ALEXANDER, ) | |
|    Defendant. ) | |

With the agreement of the parties in open court on January 31, 2011, and with the consent of the defendant Gregory Alexander, the Court enters this order (1) setting a status conference in District Court on April 25, 2011, at 10:00 a.m., and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 31, 2011, to April 25, 2011. The Court finds and holds, as follows:

    1. Counsel for the defendant, who is not in custody and was not present in court, represented that the parties had discussed progress in the matter and anticipated resolving the case. Counsel for both parties referred the Court to a prior stipulation filed under seal. The

[PROPOSED] ORDER EXCLUDING TIME
CR 09-00719 MHP

1  defendant requested that time be excluded from the Speedy Trial Act from January 31, 2011, to
2  April 25, 2011, to allow defense counsel further preparation and to allow the parties to conduct
3  needed investigation. The government agreed to the proposed exclusion of time.
4      2.  The Court finds that, taking into account the public interest in the prompt disposition of
5  criminal cases, granting the continuance to April 25, 2011, is necessary for effective preparation
6  of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds
7  that the ends of justice served by excluding the period from January 31, 2011, to April 25, 2011,
8  outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §
9  3161(h)(7)(A).
10      3.  Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on
11  April 25, 2011 at 10:00 a.m., and (2) orders that the period from January 31, 2011, to April 25,
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //

[PROPOSED] ORDER EXCLUDING TIME
CR 09-00719 MHP    -2-

2011 is excluded from Speedy Trial Act computation under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

Dated: January 31, 2011          Respectfully submitted,

                                 MELINDA HAAG
                                 United States Attorney


                                 _____/s/_____
                                 MICHELLE J. KANE
                                 Assistant United States Attorney


Dated: January 31, 2011          BARRY PORTMAN
                                 Federal Public Defender


                                 _____/s/_____
                                 ELIZABETH FALK
                                 Assistant Federal Public Defender
                                 Counsel for Gregory Alexander

IT IS SO ORDERED.

DATED: 2/1/2011

                                 MARILYN HALL PATEL
                                 United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

[PROPOSED] ORDER EXCLUDING TIME
CR 09-00719 MHP                           -3-