MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: michelle.kane3@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO  DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00719 MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER EXCLUDING TIME FROM |
| | ) | APRIL 25, 2011, JUNE 27, 2011. |
| GREGORY ALEXANDER, | ) | |
| Defendant. | ) | |

   With the agreement of the parties in open court on April 25, 2011, and with the consent of the defendant Gregory Alexander, the Court enters this order (1) setting a status conference in District Court on June 27, 2011, at 10:00 a.m., and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 25, 2011, to June 27, 2011. The Court finds and holds, as follows:

      1. Counsel for the defendant, who is not in custody and was not present in court, represented that the parties had discussed progress in the matter and anticipated resolving the case. Counsel for the government represented that the case agent had been reassigned and a new

[PROPOSED] ORDER EXCLUDING TIME
CR 09-00719 MHP

1 agent had taken over the case. The defendant requested that time be excluded from the Speedy
2 Trial Act from to April 25, 2011, to June 27, 2011, to allow defense counsel further preparation
3 and to allow the parties to conduct needed investigation. The government agreed to the proposed
4 exclusion of time.

5     2. The Court finds that, taking into account the public interest in the prompt disposition of
6 criminal cases, granting the continuance to June 27, 2011, is necessary for effective preparation
7 of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds
8 that the ends of justice served by excluding the period from April 25, 2011, to June 27, 2011,
9 outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §
10 3161(h)(7)(A).

11     3. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on
12 June 27, 2011 at 10:00 a.m., and (2) orders that the period from April 25, 2011, to June 27, 2011,
13 //

1  is excluded from Speedy Trial Act computation under 18 U.S.C. §§ 3161(h)(1)(D) and
2  3161(h)(7)(A) and (B)(iv).

4  IT IS SO STIPULATED.

6  Dated: May 6, 2011                         Respectfully submitted,

7                                             MELINDA HAAG
                                              United States Attorney

10                                                 /s/
                                              MICHELLE J. KANE
                                              Assistant United States Attorney

12 Dated: May 6, 2011                         BARRY PORTMAN
                                              Federal Public Defender

15                                                 /s/
                                              ELIZABETH FALK
                                              Assistant Federal Public Defender
16                                            Counsel for Gregory Alexander

17 IT IS SO ORDERED.

18 DATED: __5/10/2011_____
19                                            MARILYN HALL PATEL
                                              United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

[PROPOSED] ORDER EXCLUDING TIME
CR 09-00719 MHP                               -3-