## In the United States District Court
## for the Northern District of California
## District Judge Edward M. Chen

### CRIMINAL MINUTES

| | | | |
|---|---|---|---|
| **Date:** | July 13, 2011 | **Time:** | 2:42-2:45 |
| **Case No:** | CR09-0719 EMC | **Court Reporter:** | Lydia Zinn 531-6587 |
| **Case Name:** | UNITED STATES v. GREGORY ALEXANDER | | |

**Attorneys:**   Plaintiff:   Michelle Kane
                 Defendant:   Elizabeth Falk

**Deputy Clerk:**   Betty Lee

### PROCEEDINGS:

- Status Conference

### ORDERED AFTER HEARING:

- Parties stipulated to waive defendant's appearance for today.  Further status or possible change of plea is set for 8/31/11 at 2:30 p.m. in Courtroom 5, 17th Floor.  Excludable time found from today to 8/31/11 for effective preparation of counsel.   Government to submit order.