1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     Facsimile: (510) 637-3724
      E-Mail: michelle.kane3@usdoj.gov
8

9  Attorneys for Plaintiff

10                UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO  DIVISION

13

14  UNITED STATES OF AMERICA,        )     No. CR 09-00719 EMC
                                     )
15            Plaintiff,             )
                                     )     STIPULATION AND [PROPOSED]
16     v.                            )     ORDER EXCLUDING TIME FROM
                                     )     JULY 13, 2011, TO AUGUST 31, 2011.
17  GREGORY ALEXANDER,               )
                                     )
18            Defendant.             )
                                     )
19  _____ )

20

21        With the agreement of the parties in open court on July 13, 2011, and with the

22  consent of the defendant Gregory Alexander, the Court enters this order (1) setting a

23  status conference in District Court on August 31, 2011, at 2:30 p.m., and (2) documenting

24  the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 13, 2011,

25  to August 31, 2011. The Court finds and holds, as follows:

26        1.  The parties appeared before District Judge Edward M. Chen on July 13, 2011.

27  At that time, counsel for the defendant, who is not in custody and was not present in

28  court, represented that the parties had discussed progress in the matter and anticipated

resolving the case. The defendant requested that time be excluded from the Speedy Trial Act from to July 13, 2011, to August 31, 2011, to allow defense counsel further preparation and to allow the parties to conduct needed investigation. The government agreed to the proposed exclusion of time.

2.   The Court finds that, taking into account the public interest in the prompt disposition of criminal cases, granting the continuance to August 31, 2011, is necessary for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 13, 2011, to August 31, 2011, outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3.   Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on August 31, 2011, at 2:30 p.m., and (2) orders that the period from July 13,

//

2011, to August 31, 2011,  is excluded from Speedy Trial Act computation under 18

U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).


IT IS SO STIPULATED.


Dated: July 21, 2011                    Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney


                                        _____/s/_____
                                        MICHELLE J. KANE
                                        Assistant United States Attorney

Dated: July 21, 2011                    BARRY PORTMAN
                                        Federal Public Defender


                                        _____/s/_____
                                        ELIZABETH FALK
                                        Assistant Federal Public Defender
                                        Counsel for Gregory Alexander

IT IS SO ORDERED.

DATED: _____ July 25, 2011

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER EXCLUDING TIME
CR 09-00719 EMC                         -3-