BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 09-719 EMC |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION and [PROPOSED] |
| GREGORY ALEXANDER, | ) ORDER TO CONTINUE STATUS CONFERENCE |
| Defendant. | ) Date: August 31, 2011 |
| | ) Time: 2:00 p.m. |
| | ) Court: The Honorable Edward M. Chen |

Undersigned counsel stipulate as follows:

1. A status conference is currently scheduled in this matter on August 31, 2011 at 2:00 p.m. The purpose of the status conference is advise the Court as to the status of a potential disposition of the case;

2. The parties hereby advise the Court that the government has made an official offer to Mr. Alexander, and the parties are conferring over some specific terms of the offer. One of the outstanding issues is whether or not a restitution amount is appropriate, and the government needs to provide additional discovery to the defense in this vein. The defense also needs additional time to review that discovery. Accordingly, Mr. Alexander requests a continuance of the status conference for this purpose;

3. Government counsel has no objection to defense counsel's request for additional

time;

4. The parties jointly request September 28, 2011 as the next date before the Court;

5. The parties jointly request that the Court exclude the period of time between August 31, 2011- September 28, 2011 under the Speedy Trial Act for effective preparation of counsel; namely, counsel needs more time to analyze and review the restitution-related discovery after the government produces said discovery. *See* 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

IT IS SO STIPULATED.

DATED:   August 29, 2011          _____/S/_____

ELIZABETH M. FALK
Assistant Federal Public Defender


DATED:   August 29, 2011          _____/s/_____

MICHELLE KANE
Assistant United States Attorney

I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/S/) within this efiled document.

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the status conference, previously scheduled for August 31, 2011 at 2:00 p.m., is hereby CONTINUED to September 28, 2011 at 2:30 p.m.. The Court further orders and finds, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and the reasons stated in this stipulation, that the failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation of a defense. Accordingly, the Court will exclude the time period of August 31, 2011 through September 28, 2011 from the Speedy Trial calculation, and finds that the ends of justice served by granting the requested two-week continuance outweighs the best interest in

1 | the defendant and the public in a speedy trial.
2 | 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
3 |
4 | IT IS SO ORDERED.
5 |
6 | DATED: 8/30/11  _____
7 | THE HONORABLE EDWARD M. CHEN
8 | UNITED STATES MAGISTRATE JUDGE

*Alexander*, CR 09-719 EMC; STIP
CONTINUE STATUS CONFERENCE            3