BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREGORY ALEXANDER, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 09-719 EMC <br><br> STIPULATION and [P~~ROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: November 30, 2011 <br> Time: 2:30 p.m. <br> Court: The Honorable Edward M. Chen |

Undersigned counsel stipulate as follows:

1. A change of plea hearing is currently scheduled in this matter on November 30, 2011 at 2:30 p.m;

2. Mr. Alexander hereby requests additional time to allow him to purchase a round trip airline ticket with a two-week advance, which his research shows will be more affordable for him than purchasing a one-way airfare to return home after a Court appearance on November 30, 2011;

3. Accordingly, Mr. Alexander requests a continuance of the change-of-plea hearing for this purpose to December 13, 2011 at 1:45 p.m;

4. Government counsel has no objection to defense counsel's request.

IT IS SO STIPULATED.

*Alexander*, CR 09-719 EMC; STIP
CONTINUE HEARING

DATED:   November 28, 2011              _____/S/_____

ELIZABETH M. FALK
Assistant Federal Public Defender

DATED:   November 28, 2011              _____/S/_____

MICHELLE KANE
Assistant United States Attorney

## [~~PRO~~POSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the change-of-plea hearing previously scheduled for November 30, 2011 is hereby CONTINUED to December 13, 2011 at 1:45 p.m.

IT IS SO ORDERED.

DATED: 11/30/11

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*