AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☒ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2701(a)(1) - Unlawful Access to Stored Communications

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
Maximum Prison Term: 1 year
Maximum Fine: $100,000 fine
Maximum Term of Supervised Release: 1 year
Mandatory Special Assessment: $25

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
GREGORY ALEXANDER

DISTRICT COURT NUMBER
CR 09-719 EMC

FILED 2011 DEC 12 P 3:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
United States Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   MICHELLE J. KANE, AUSA

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: michelle.kane3@usdoj.gov

Attorneys for Plaintiff

FILED
2011 DEC 12 P 3: 52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY ALEXANDER, <br><br> Defendant. | No. 09-00719 EMC <br><br> VIOLATION: 18 U.S.C. § 2701(a)(1) – Unauthorized Access to Stored Communications. |

SUPERSEDING INFORMATION

The United States Attorney charges:

BACKGROUND

At all times relevant to this Information:

1. Yahoo! Inc. (Yahoo), was a company with headquarters in Sunnyvale, California. Yahoo was in the business of providing electronic communication services through computer servers located in the Northern District of California.

COUNT ONE: (18 U.S.C. § 2701(a)(1) – Unauthorized Access to Stored Communications)

2. The factual allegations in paragraph one are realleged as if set forth fully herein.

INFORMATION
09-00719 EMC

3. Beginning on or about November 26, 2007, and continuing through on or about June 24, 2008, within the Northern District of California and elsewhere, the defendant,

GREGORY ALEXANDER,

intentionally accessed a facility through which an electronic communication service is provided without authorization and exceeding authorized access and thereby obtained, altered, and prevented authorized access to an electronic communication while it was in electronic storage in such system; that is, defendant used the Internet to access the e-mail account randallhough@yahoo.com, maintained on the computer servers of Yahoo! Inc., and thereby obtained e-mail communication, including unopened e-mail messages, all in violation of 18 U.S.C. Sections 2701(a)(1) and (b)(2)(A).

Dated: 11/22/11

MELINDA HAAG
United States Attorney

MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: _____)
AUSA MICHELLE J. KANE

INFORMATION
09-00719 EMC